ACTION BY WRITTEN CONSENT
THE SOLE MEMBER OF MONTAUK CLIFFS, LLC

The undersigned being the sole member of Montauk Cliffs, LLC, a limited liability company organized and existing under the laws of the State of New York (the "Company") does hereby take the following actions by written consent, in accordance with the New York Statutes and that certain operating agreement of the Company:

RESOLVED, the Company us authorized to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Cullen and Dykman LLP as counsel in the chapter 11 case under a general retainer; and it is further

RESOVED, that Eli Wilner, as manager of the Company (the "Manager") is hereby authorized and empowered to make, execute and deliver such documents as are required to effectuate the chapter 11 filing; and it is further

RESOLVED that the Manager is authorized, empowered, and directed in the name and on behalf of the Company, to execute, acknowledge, deliver and file any and all documents and to take any and all other action that may be necessary, appropriate or expedient in order to accomplish the purposes and intent of the foregoing resolution(s).

IN WITNESS WHEREOF the undersigned executed the foregoing corporate actions for the purpose of giving their consent to them as of the 22 day of February, 2022.

Sole Member:

Mangos Investors LLLP,
a Florida Limited Liability partnership


By: MANGOS HOLDINGS, LLC,
a Florida Limited Liability company, its general Partner

_____
Eli Wilner, Manager

22373.2000 20275681v1