United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-70312-reg
Montauk Cliffs, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8     User: admin     Page 1 of 2
Date Rcvd: Feb 24, 2022     Form ID: 309F1     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Montauk Cliffs, LLC, 42 Old Montauk Highway, Montauk, NY 11954-5390 |
| aty | + | Bonnie Pollack, Cullen & Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12201 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10048052 | + | Case Montauk LLC, 336 W. Passaic St., 3rd Floor, Rochelle Park, NJ 07662-3027 |
| 10048054 | + | Mangos Holdings LLC, 2774 Ocean Blvd., Palm Beach, FL 33480-5539 |
| 10048055 | + | Mangos Investors LLP, 2774 Ocean Blvd., Palm Beach, FL 33480-5539 |
| 10048056 | + | Reed Smith, Attn Joseph Tuso, 599 Lexington Ave, Suite 2200, New York, NY 10022-6030 |
| 10048057 | + | Shore Painting, 153 Powell Ave, Unit 7, Southampton, NY 11968-3497 |
| 10048058 | + | Suffolk Cty Comptroller, 330 Center Drive, Riverhead, NY 11901-3395 |
| 10048060 | + | Weber Law Group, 290 Broadhollow Road, Suite 200E, Melville, NY 11747-4884 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mroseman@cullenanddykman.com | Feb 24 2022 18:15:00 | Matthew G Roseman, Cullen and Dykman Bleakley Platt LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530 |
| smg | | EDI: IRS.COM | Feb 24 2022 23:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Feb 24 2022 18:15:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 24 2022 18:15:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Feb 24 2022 18:15:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10048059 | | Email/Text: jlippincott@uspremiumfinance.com | Feb 24 2022 18:15:00 | US Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10048051 | | Barbara Brennan |
| 10048053 | ##+ | Eli Wilner, 42 Old Montauk Highway, Montauk, NY 11954-5390 |

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2022 | Form ID: 309F1 | Total Noticed: 17 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie Pollack | on behalf of Debtor Montauk Cliffs LLC bpollack@cullenanddykman.com |
| Matthew G Roseman | on behalf of Debtor Montauk Cliffs LLC mroseman@cullenanddykman.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor   Montauk Cliffs, LLC | EIN: | 26–0436726 |
| Name | | |
| United States Bankruptcy Court   Eastern District of New York | Date case filed for chapter: | 11   2/23/22 |
| Case number:   8–22–70312–reg | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Montauk Cliffs, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 42 Old Montauk Highway<br>Montauk, NY 11954 | |
| 4. **Debtor's attorney**<br>Name and address | Matthew G Roseman<br>Cullen and Dykman Bleakley Platt LLP<br>100 Quentin Roosevelt Blvd<br>Garden City, NY 11530 | Contact phone  (516) 296–9106<br><br>Email:  mroseman@cullenanddykman.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 290 Federal Plaza<br>Central Islip, NY 11722 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone  (631) 712–6200<br><br>Date: 2/24/22 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **March 23, 2022 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 562, Central Islip, NY 11722–4437** |

**For more information, see page 2 >**

Debtor **Montauk Cliffs, LLC**                                                                                             Case number **8–22–70312–reg**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |