CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Michael Traison, Esq.

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                               :

In re:                                            :    Chapter 11

MONTAUK CLIFFS, LLC,                    :    Case No. 22-70312 (REG)

              Debtor.                      :
----------------------------------------------------------------- x

## CHANGE OF MAILING ADDRESS

| **Notice Recipient's Address:** | **THE UPDATED MAILING ADDRESS IS:** |
|---|---|
| Montauk Cliffs, LLC<br>42 Old Montauk Highway<br>Montauk, NY 11954 | 17 Gates Avenue<br>Montauk, NY 11954 |
| Eli Wilner<br>42 Old Montauk Highway<br>Montauk, NY 11954 | 17 Gates Avenue<br>Montauk, NY 11954 |
| Barbara Brennan<br>42 Old Montauk Highway<br>Montauk, NY 11954 | 17 Gates Avenue<br>Montauk, NY 11954 |

20288171

2

| | |
|---|---|
| Dated: Garden City, New York<br>April 2, 2022 | CULLEN AND DYKMAN LLP<br>Attorneys for Debtor<br><br>By: /s/ Bonnie L. Pollack<br>　　　Matthew G. Roseman, Esq.<br>　　　Bonnie L. Pollack, Esq.<br>　　　Michael Traison, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York, 11530<br>(516) 357-3700 |

20288171