

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York*
*(Central Islip Division)*

---

*Long Island Federal Courthouse*  *Telephone: (631) 715-7800*
*560 Federal Plaza*  *Fax:   (631) 715-7777*
*Central Islip, New York 11722-4456*

September 27, 2022

*Via ECF*
Hon. Robert E. Grossman
U.S. Bankruptcy Judge
290 Federal Plaza
Courtroom 860
Central Islip, NY 11722

        Re:    **In re Montauk Cliffs**
                 **Case No.:** **22-70312-REG**

Dear Hon. Grossman:

    Please allow this letter to inform Your Honor as to the Office of the United States Trustee's position as to the Final Application for Compensation filed by Debtor's counsel, Cullen and Dykman, LLP. We have reviewed the application and have concluded that the fees sought are commensurate with the work performed. Accordingly, we do not have an objection to the granting of their application.

    Should you have any questions, please do not hesitate to contact the undersigned.

                                  Sincerely,

                                  ***/S/William J. Birmingham***
                                  William J. Birmingham
                                  Trial Attorney
                                  Office of the United States Trustee
                                  United States Department of Justice

CC:    Bonnie Pollack
         100 Quentin Roosevelt Boulevard
         Garden City, NY 11530
         bpollack@cullenanddykman.com