Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, NY  11530
Telephone No. (516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                     Chapter 11

MONTAUK CLIFFS LLC,                        Case No.:  22-70312 (REG)

                         Debtor.
------------------------------------------------------------x

## NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN

PLEASE TAKE NOTICE, that the Second Amended Chapter 11 Plan dated April 21, 2022 (the "Plan"), confirmed by order of the Bankruptcy Court dated August 12, 2022, has been consummated and that October 20, 2022 has been designated as the Effective Date of the Plan.

Dated:  October 20, 2022

                                                CULLEN AND DYKMAN LLP
                                                Attorneys for the Debtor

                                                By: s/ Bonnie L. Pollack
                                                Bonnie L. Pollack, Esq.
                                                Matthew Roseman, Esq.
                                                100 Quentin Roosevelt Boulevard
                                                Garden City, New York 11530
                                                (516) 357-3700